

## Notice of Service of Process

SLM / ALL
Transmittal Number: 17172115
Date Processed: 09/22/2017

| | |
|---|---|
| **Primary Contact:** | Janette Hobson<br>Lowe's Companies, Inc.<br>1000 Lowe's Blvd<br>Mooresville, NC 28117 |
| **Electronic copy provided to:** | David Wiles<br>Bill McCanless<br>Stacey Davidson |
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Roland Batangan vs. Lowe's Home Centers, LLC |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Circuit Court of the First Circuit, Hawaii |
| **Case/Reference No:** | 17-1-1276-08 DE0 |
| **Jurisdiction Served:** | Hawaii |
| **Date Served on CSC:** | 09/21/2017 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Alex M. Sonson<br>808-671-8886 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT B**