*The Law Office of Alex M. Sonson*
*A Law Corporation*

ALEX M. SONSON #6083
RONALD N. FEDERIZO #6267
Loulen's Courte
1125 North King Street, Suite 305
Honolulu, Hawaii 96817
Telephone: (808) 671-8886

Attorneys for Plaintiffs
ROLAND BATANGAN &
RUTH BATANGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROLAND BATANGAN AND RUTH BATANGAN<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY COMPANIES; ROE "NON PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10<br>Defendants. | CIVIL NO. 17-00510 JAO - KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br>Judge: Hon. Jill A. Otake<br>Non-Jury Trial Date: February 19, 2019 |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ROLAND BATANGAN and RUTH BATANGAN and Defendant LOWE'S HOME CENTERS, LLC , by and through their respective counsel, that:

1. The above-entitled action be and hereby is dismissed with prejudice as to all claims, cross-claims, counterclaims, third-party claims of any kind, pursuant to Rules 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. The settlement agreed upon and entered into by the parties is a good faith settlement. It is understood and agreed that there are no other joint tortfeasors or co-obligors in this matter, and that the Settlement Agreement entered into in this matter is intended to release all claims, existing or that may exist of Plaintiffs against Defendant and all other parties, known or unknown arising out of the incident which is the subject of this lawsuit;

4. This Stipulation has been signed by all appearing parties. There are no remaining parties or issues;

5. Trial in this matter had been set for February 20, 2019.

DATED: Honolulu, Hawaii, December 7, 2018.

/S/ALEX M. SONSON
ALEX M. SONSON
RONALD N. FEDERIZO
Attorneys for Plaintiffs
Roland Batangan and Ruth Batangan

EDMUND K. SAFFERY, ESQ.
LAUREN K. CHUN, ESQ.
Attorneys for Defendant
Lowe's Home Centers, LLC

APPROVED AND SO ORDERED

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Stipulation for Dismissal With Prejudice of All Claims and Parties; Order: ROLAND BATANGAN and RUTH BATNGAN vs. LOWE'S HOME CENTERS, LLC, ET AL, Civil No. 1:17-cv 00510-JMS-KSC in the United States District Court for the State of Hawaii